IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BOBBY LEIBFRIED and PAMELA WARD LEIBFRIED, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PEP BOYS MANNY, MOE AND JACK OF CALIFORNIA, <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br> Case No. 2:11-CV-71 <br> Judge Dee Benson |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on October 10, 2012, recommending (1) that Defendants' motion to be dismissed be granted, and (2) that the remaining motions be deemed moot.

     The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

     Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

1

Recommendation. Accordingly, the Court hereby:

    (1) GRANTS defendants' motion to dismiss; and

    (2) determines that the remaining motions are MOOT.

IT IS SO ORDERED.

    DATED this 26th day of October, 2012.

                                        Dee Benson
                                        United States District Judge